UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-873 DSF (PJWx) | Date | 2/2/12 |
|---|---|---|---|
| Title | Archbay Holdings v. Smadar Rabinovitz | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

This matter was removed from state court on January 31, 2012, based on federal question jurisdiction. The complaint was filed August 2, 2011. It is a state law unlawful detainer complaint that does not state a federal cause of action. While the notice of removal discusses possible defenses based on federal law, federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.